WWR# 040485753

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 18-10713-pmm |
| DONALD L. MILLER, | Chapter 13 |
|                Debtor | |
| KEYBANK, N.A., | |
| S/B/M TO FIRST NAIGARA BANK, N.A. | Related to Doc. Nos.: 52, 56 |
|                Movant | |

### STIPULATION RESOLVING MOTION TO FOR RELIEF FROM AUTOMATIC STAY

Now this ___30th___ day of ___March___, 2020. Upon the Motion of KeyBank, N.A., s/b/m to First Niagara Bank, N.A. for Relief from Automatic Stay and the Response filed by the Debtor. Upon statements of counsel, the evidence and

This Court FINDS that KeyBank, N.A., s/b/m to First Niagara Bank, N.A., Movant herein, is a creditor of the estate by virtue of a certain Mortgage with the Debtor, secured by the real property located at 1102 Lincoln Ave, Northampton, PA 18067, and that the Movant has not been adequately protected and that Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that KeyBank, N.A., s/b/m to First Niagara Bank, N.A. be and is hereby granted relief from the Automatic Stay to take the necessary steps to foreclosure and/or Sheriff's Sale of the subject real property referenced herein. That Debtor no longer opposes Movant's Motion, and thereby consents to an Order granting relief from stay as to 1102 Lincoln Ave, Northampton, PA 18067. That the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code), 11 U.S.C. Section 362, is modified to allow the above-captioned Movant to exercise any and all of its remedies under its loan documentation and under state law to proceed with foreclosure and sale of 1102 Lincoln Ave, Northampton, PA 18067.

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge

| | | |
|---|---|---|
| /s/ Nathalie Paul | /s/ Kevin K. Kercher | For Trustee Scott F. Waterman |
| Attorney for Movant | Attorney For Debtor | 2901 St. Lawrence Ave. |
| Nathalie Paul, PA Bar No. 309118 | Kevin K. Kercher | Suite 100 |
| 170 S. Independence Mall W., Suite 874W | 881 Third Street | Reading, PA 19606 |
| Philadelphia, PA 19106 | Suite C-2 | |
| | Whitehall, PA 18052 | |